IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ISAAC NARANJO, :
      Plaintiff :
       :
       :
    v. : CIVIL NO. 1:11-CV-1304
       :
       :
DEPARTMENT OF :
CORRECTIONS, *et al.*, :
      Defendants :

*O R D E R*

      AND NOW, this 5th day of August, 2011, upon consideration of the Report and Recommendation of Magistrate Judge Carlson, to which no objection has been filed, it is ORDERED that the Report (Doc. 8) is approved.  Pursuant to the Magistrate Judge's recommendation, it is ORDERED as follows:

    1.  Plaintiff's motion (Doc. 2) to proceed in forma pauperis is granted.

    2.  With the exception of plaintiff's claims against Luczak, Pruitt, and Skutack, plaintiff's complaint is dismissed without prejudice.

    3.  Plaintiff is afforded twenty days within which to file an amended complaint, which corrects the defects cited in Judge Carlson's Report.  Failure to do so will result in the dismissal of all claims, except those made against defendants Luczak, Pruitt, and Skutack.

                                          /s/ William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge