# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAAC NARANJO, | : | CIVIL ACTION NO. 1:11-CV-1304 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| JAMES LUCZAK, *et al.*, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 17th day of October, 2017, upon consideration of the motion (Doc. 146) for new counsel by Plaintiff Isaac Naranjo, wherein Plaintiff requests that the court appoint new *pro bono* counsel, and the court noting that indigent criminal defendants have a constitutional right to appointed counsel but not to appointed counsel of choice, United States v. Gonzalez-Lopez, 548 U.S. 140, 151 (2006) (citation omitted), and observing that indigent civil litigants "possess neither a constitutional nor a statutory right to appointed counsel," Montgomery v. Pinchak, 294 F.3d 492, 498 (3d Cir. 2002), and finding that if there is no right to appointed counsel of choice for indigent criminal defendants, it logically follows that there is no right to appointed counsel of choice for indigent civil litigants, and the court concluding that plaintiff has no right to appointed counsel of choice and has not demonstrated good cause for substitution of appointed counsel, it is hereby ORDERED that the motion (Doc. 146) to appoint new counsel is DENIED.

/S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania