# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ISAAC NARANJO,** | : | **CIVIL ACTION NO. 1:11-CV-1304** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **JAMES LUCZAK,** *et al.*, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 28th day of December, 2017, upon consideration of the motions (Docs. 153, 154) to proceed *pro se* filed by plaintiff Isaac Naranjo ("Naranjo"), and the motion (Doc. 156) by *pro bono* counsel James P. DeAngelo ("DeAngelo") to withdraw as counsel for Naranjo, it is hereby ORDERED that:

1. The motions (Docs. 153, 154, 156) are GRANTED.

2. The Clerk of Court is DIRECTED to designate Plaintiff as proceeding *pro se* and to terminate James P. DeAngelo as attorney for Naranjo.

3. The court advises Naranjo that *pro se* litigants must comply with the Federal Rules of Civil Procedure, Federal Rules of Evidence, local rules of court, and court orders.

4. Naranjo shall be permitted to file his own pretrial memorandum within twenty-one days from the date of this order.

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania