# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAAC NARANJO, | : | CIVIL ACTION NO. 1:11-CV-1304 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| JAMES LUCZAK, *et al.*, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 20th day of April, 2018, upon consideration of the motion *in limine* (Doc. 160) filed by plaintiff Isaac Naranjo ("Naranjo"), and the parties' respective briefs in support of and opposition to said motion (Docs. 163, 164), as well as Naranjo's unrelated, unopposed motions (Docs. 158, 162) regarding his pretrial memorandum, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion *in limine* (Doc. 160) filed by Naranjo is DENIED.

2. Naranjo's unopposed motion (Doc. 158) for an extension of time to file a pretrial memorandum, and the unopposed motion (Doc. 162) to amend the pretrial memorandum, are GRANTED.

3. The court will issue a separate order scheduling this matter for trial forthwith.

/S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania