# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| ISAAC NARANJO, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    1:11-CV-1304 |
| C/O JAMES LUCZAK, C/O RONALD PRUITT and | ) |
| MICHAEL SKUTACK, | ) (Chief Judge Conner) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐  the plaintiff _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐     the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover costs from the plaintiff *(name)*
_____ .

X    other:    JUDGMENT be and is hereby ENTERED in favor of defendants C/O JAMES LUCZAK, C/O RONALD
PRUITT, and MICHAEL SKUTACK, and against plaintiff ISAAC NARANJO,  in accordance with the jury
verdict rendered in this matter on June 7, 2018. (Docs. 191,192).

This action was *(check one)*:

X    tried by a jury with Judge or Magistrate Judge     Chief Judge Christopher C. Conner    presiding, and the jury has
rendered a verdict.

☐    tried by Judge or Magistrate Judge _____ without a jury and the above decision

decided by Judge or Magistrate Judge _____

Date: _____ Jun 11, 2018 _____          PETER WELSH, *ACTING CLERK OF COURT*

K. McKinney

*Signature of Clerk or Deputy Clerk*